UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BETHANY MEYERS,                                    CASE NO. 0:26-CV-60409-WPD

       Plaintiff(s),

vs.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

       Defendant(s).                              /

## JOINT NOTICE FILING PROPOSED ORDER SCHEDULING MEDIATION

Plaintiff, BETHANY MEYERS, and Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, by and through undersigned counsel, hereby file the attached proposed Order Scheduling Mediation and notify the Court that the parties have agreed to conduct the mediation on Thursday, September 10, 2026, at 9:30 a.m., via video conference.

Dated: May 6, 2026

By*:  /s/ Cesar Gavidia*
  CESAR GAVIDIA, ESQ.
  Fla. Bar No. 015263
  DELL & SCHAEFER
  Attorneys for Plaintiff
  2625 Weston Road
  Weston FL 33331
  (954) 620-8300
  (800) 380-6151
  cesar@diattorney.com

By*:  /s/  Hector R. Rivera_____*
  HECTOR R. RIVERA, ESQ.
  Fla. Bar No. 882453
  QUINTAIROS, PRIETO, WOOD
  & BOYER, P.A.
  Attorneys for Defendant
  9300 South Dadeland Blvd, 4th Floor
  Miami, FL 33156
  (305) 370-1101
  hrivera@qpwblaw.com