UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:26-CV-60409-WPD

BETHANY MEYERS,

       Plaintiff(s),

vs.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

       Defendant(s).

                                   /

## ORDER SCHEDULING MEDIATION

The Mediation conference in this matter shall be held with, Jack L. Townsend, Sr., Esq., on

Thursday September 10, 2026 at 9:30 a.m. via video conference.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 6th day of May,

2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record